**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Rodney Dean CURLEE, Defendant–
Appellant.**

No. 03–6817.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 21, 2003.

Decided Sept. 16, 2003.

Rodney Dean Curlee, Appellant Pro Se. Michael Francis Joseph, Assistant United

**170**

States Attorney, Greensboro, North Carolina, for Appellee.

Before MICHAEL, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Rodney Dean Curlee seeks to appeal the district court's order and judgment adopting the report and recommendation of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). The order and judgment is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th Cir.2001). We have independently reviewed the record and conclude that Curlee has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*